**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

MAXIMO P,

                Plaintiff,            24 **CIVIL** 5897 (GRJ)

-v-                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 6, 2025, Plaintiff's request for judgment on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with this Decision and Order.

**Dated:** New York, New York

      June 9, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                          **BY:**

                                                **Deputy Clerk**